# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>             Plaintiff,<br><br>      v.<br><br>ARCANGELO BORELLI, et al.,<br><br>             Defendants. | Case No.  1:14-cv-01032-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 9)<br><br>DEADLINE:  October 22, 2014 |

On September 22, 2014, Plaintiff filed a notice of settlement with Defendant Jorge Luis Rivera.  Accordingly, the parties are HEREBY ORDERED to file dispositional documents on or before October 22, 2014.

IT IS SO ORDERED.

Dated:   **September 23, 2014**

UNITED STATES MAGISTRATE JUDGE

1