Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCANGELO BORRELLI, Trustee of THE BORRELLI LIVING TRUST, dated November 15, 2011, et al.,<br><br>    Defendants. | No. 1:14-cv-01032-AWI-SAB<br><br>**PLAINTIFF'S *EX PARTE* REQUEST TO CONTINUE MANDATORY SCHEDULING CONFERENCE and ORDER** |

WHEREAS, a Mandatory Scheduling Conference is currently scheduled in this matter for October 7, 2014;

WHEREAS, Plaintiff, Ronald Moore ("Plaintiff"), served his initial complaint on defendants in this action but no responsive pleadings have yet been filed;

WHEREAS, Plaintiff filed his First Amended Complaint on September 22, 2014 (Dkt. 10), which is accordingly now the operative pleading, and Plaintiff has not yet effected service of the First Amended Complaint on Defendants but will endeavor to do so promptly;

WHEREAS, Plaintiff has filed a notice of settlement of his claims with Defendant, Jorge Luis Rivera dba El Ranchito Bakery ("Rivera") only (Dkt. 9), and will dismiss Rivera upon performance of the settlement agreement;

NOW, THEREFORE, Plaintiff respectfully requests a continuance of the Mandatory Scheduling Conference to a date on or after November 21, 2014 at the court's convenience, in order to allow Defendants to appear in the action, and to allow the parties to meet and confer in advance of the scheduling conference and to discuss settlement prior to expending Court resources.

Dated: September 23, 2014                MOORE LAW FIRM, P.C.


                                         */s/ Tanya E. Moore*
                                         Tanya E. Moore
                                         Attorneys for Plaintiff
                                         Ronald Moore


## ORDER

Upon request by Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** that the Mandatory Scheduling Conference currently set for October 7, 2014 be continued to December 9, 2014 at 2:30 p.m. before Magistrate Judge Stanley A. Boone in Courtroom 9 of the above-entitled Court. All other requirements set forth in the Court's Order Setting Mandatory Scheduling Conference (Dkt. 5) shall remain unchanged.

IT IS SO ORDERED.

Dated:   **September 24, 2014**

                                         UNITED STATES MAGISTRATE JUDGE