Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
Ronald Moore

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ARCANGELO BORRELLI, Trustee of THE BORRELLI LIVING TRUST, dated November 15, 2011, et al.,<br><br>　　　　　Defendants. | No.  1:14-cv-01032-AWI-SAB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JORGE LUIS RIVERA DBA EL RANCHITO BAKERY <u>ONLY</u>; ORDER** |

　　　WHEREAS, no Defendant has filed an answer or motion for summary judgment;

　　　WHEREAS, no counterclaim has been filed;

　　　Plaintiff hereby respectfully requests that **<u>only</u> Defendant Jorge Luis Rivera dba El Ranchito Bakery** be dismissed from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: October 23, 2014　　　　　　　　　　MOORE LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　Ronald Moore

///

**ORDER**

Pursuant to Rule 41 and good cause appearing, **only Defendant Jorge Luis Rivera dba El Ranchito Bakery** is dismissed from this action with prejudice.

IT IS SO ORDERED.

Dated:   October 23, 2014                               _____
                                                                                    SENIOR  DISTRICT  JUDGE