1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD MOORE, | Case No. 1:14-cv-01032-AWI-SAB |
| Plaintiff, | ORDER VACATING DATES AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS BY DECEMBER 19, 2014 |
| v. | |
| ARCANGELO BORELLI, et al., | (ECF No. 19) |
| Defendants. | |

On November 21, 2014, Plaintiff filed a notice that this action has settled as to all remaining defendants.  Accordingly, IT IS HEREBY ORDERED that:

1.      All pending dates in this action are vacated; and

2.      The parties shall file dispositional documents on or before December 19, 2014.

IT IS SO ORDERED.

Dated:    **November 21, 2014**

UNITED STATES MAGISTRATE JUDGE

1